UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 17-CR-567 |
| RONALD D. BROWN | § § | ~~UNDER SEAL~~ |
| Defendant. | § § | |

## PROTECTIVE ORDER

Having reviewed the Government's Unopposed Motion for a Protective Order, and good cause appearing, IT IS HEREBY ORDERED that discoverable material in connection with this case previously made available and to be made available in the future to Defendant Ronald D. Brown by the United States, not be discussed with anyone other than Defendant Ronald D. Brown and his counsel, or the staff of his counsel (full or part-time assistants, investigators and attorneys formally associated with the law firm), except upon the express authorization of this Court and that copies should not be provided to the Defendant or left at the detention facility for his review.

IT IS FURTHER ORDERED that the parties named above not permit the Defendant to view grand jury transcripts, except upon the express authorization of this Court.

IT IS FURTHER ORDERED that this protective order apply to any discoverable material provided to Brown's defense team except for the Defendant's own statements.

IT IS FURTHER ORDERED that all material disclosed pursuant to Title 18, United States Code, Section 3500 be returned by the defense or destroyed (including all copies thereof), at the close of the trial or when any appeal has become final; that the defense be precluded from disseminating any 3500 material (and any copies thereof) to anyone beyond the Defendant, defense counsel, and any paralegals, investigators, or staff employed by the defense; and that the Defendant be precluded from taking any 3500 material (or copies thereof) with him into any jail facility, or

possessing any 3500 material in any jail facility, either before, during, or after trial, except when reviewing the material in the presence of defense counsel.

Dated this __25th__ day of __May__, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS