UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | CRIMINAL DOCKET 4:17-CR-567-1 |
| | § | **HONORABLE SIM LAKE** |
| VS | § | |
| | § | |
| | § | |
| RONALD DONELL BROWN, *et al.* | § | |
| *Defendant* | § | |

## ORDER

The parties will confer and file a second status memo with the Court no later than September 16, 2019.

Signed on __May 14__, 2019.

SIM LAKE
**UNITED STATES DISTRICT JUDGE**