```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF TEXAS

 3                         HOUSTON DIVISION

 4  UNITED STATES OF AMERICA    §    CASE NO. 4:17-CR-00567-1
                                §    HOUSTON, TEXAS
 5  VERSUS                      §    THURSDAY,
                                §    NOVEMBER 15, 2018
 6  RONALD DONELL BROWN         §    10:21 A.M. TO 10:25 A.M.

 7                           ARRAIGNMENT

 8              BEFORE THE HONORABLE PETER BRAY
                  UNITED STATES MAGISTRATE JUDGE
 9

10

11      APPEARANCES:                 SEE NEXT PAGE
        CASE MANAGER:                JASON MARCHAND
12      COURT RECORDER:              SAMANTHA WARDA

13

14
```

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER.  UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.  General Order 94-15, United States Court, Southern District of Texas.**

```
20               TRANSCRIPTION SERVICE BY:

21          JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                  935 Eldridge Road, #144
22                 Sugar Land, TX 77478
                      281-277-5325
23             www.judicialtranscribers.com

24
       Proceedings recorded by electronic sound recording;
25        transcript produced by transcription service.
```

```
 1                      APPEARANCES:

 2

 3  FOR THE PLAINTIFF:           US ATTORNEY'S OFFICE
                                 Steven Donald Mellin, Esq.
 4                               Sebastian Alexander Edwards
                                 1000 Louisiana Street
 5                               Suite 2300
                                 Houston, TX 77002
 6                               713-567-9000
                                 713-567-9503
 7

 8

 9  FOR THE DEFENDANT:           FAZEL LAW
                                 Ali R. Fazel
10                               601 Sawyer Street
                                 Suite 750
11                               Houston, TX 77007
                                 713-526-6020
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      **HOUSTON, TEXAS; THURSDAY, NOVEMBER 15, 2018; 10:21 A.M.**

2               THE COURT:  Okay, let's go back to Ronald Brown.

3               MR. MELLIN:  Good morning, Your Honor.

4               Steve Mellin and Sebastian Edwards for the United
5      States.

6               THE COURT:  Good morning.

7               MR. FAZEL:  Good morning, Your Honor.

8               Ali Fazel for Mr. Brown.

9               THE COURT:  Good morning.

10              Are you Ronald Donell Brown?

11              DEFENDANT BROWN:  Yes, sir.

12              THE COURT:  So, this is an initial appearance on a
13     Superseding Indictment, correct?

14              MR. FAZEL:  That's correct, Your Honor.

15              THE COURT:  What has changed with respect to
16     Mr. Brown on this Indictment?

17              MR. MELLIN:  Counts 8 through 12, Your Honor,
18     which are dealing with the tampering or attempted tampering
19     of witnesses, attempted obstruction, and the solicitation to
20     commit murder.

21              THE COURT:  Okay.

22              Sir, this Indictment charges you in Count 1 with
23     conspiracy to commit murder for hire; in Count 2 with the
24     intentional killing of a person while engaged in drug
25     trafficking; Count 3, the using, carrying, and brandishing,

1  well, and quite frankly, the discharging of a firearm in
2  relation to a crime of violence causing the death of a
3  person, and that's Count 3.
4            Count 4 is the same thing, right?  It's two counts
5  of that?
6            MR. MELLIN:  That's correct, two counts, Your
7  Honor.  Count 3 corresponds to Count 1 and Count 4
8  corresponds to Count 2.
9            THE COURT:  Thank you.
10           Count 5, you're charged with kidnapping; Count 6,
11 using, carrying, and brandishing or discharge in relation to
12 a crime of violence, that crime of violence being
13 kidnapping; Count 7, conspiracy to distribute and possess
14 with intent to distribute cocaine; Count 8, attempted
15 tampering with a witness; Count 9, attempted tampering with
16 a witness; Count 10, attempted tampering with a witness;
17 Count 11, attempted obstruction of an official proceeding;
18 Count 12, solicitation to commit murder; and then there are
19 a number of special findings that I think already existed in
20 this Indictment before today.
21           MR. FAZEL:  Yes.
22           MR. MELLIN:  That's correct, Your Honor.
23           THE COURT:  So, have you received a copy of this
24 Indictment?  Did I already ask you that?
25           DEFENDANT BROWN:  Yes, sir.

1           THE COURT:  Did you read it?
2           DEFENDANT BROWN:  Yes, sir.
3           THE COURT:  And have you had a chance to discuss
4  it with your lawyer?
5           DEFENDANT BROWN:  Yes, sir.
6           THE COURT:  Mr. Fazel, do you need me to read any
7  of this?  Do you need this to be formally read?
8           MR. FAZEL:  We would waive formal reading of the
9  Indictment.  I would put on the Record that the difference
10 between now and the previous Indictment, other than the fact
11 that there are additional charges, is that the Government is
12 seeking to, has approved the death penalty as far as
13 Mr. Brown is concerned.
14          THE COURT:  All right, and are there already two
15 Counsel on this case?
16          MR. FAZEL:  There is, Your Honor.  That's correct.
17          THE COURT:  One learned Counsel and one --
18          MR. FAZEL:  One not so learned.
19          THE COURT:  -- not so learned.
20     (Laughter.)
21          THE COURT:  No, seriously, there are two lawyers
22 on the case, correct?
23          MR. FAZEL:  That's correct, Your Honor.
24          THE COURT:  So, Counsel issues are resolved?
25          MR. FAZEL:  That's correct, and we have a status

1  conference before Judge Lake this afternoon at 2:00 o'clock.
2           THE COURT:  All right.  Sir, how do you plead to
3  this Indictment?
4           DEFENDANT BROWN:  Not guilty.
5           THE COURT:  Not guilty.  A not guilty plea will be
6  entered on the Record for you.  And so, you have a status
7  conference.  You will have your dates, and Judge Lake will
8  take it from there.
9           Is there anything else that I need to do or
10 explain?  Anything you want me to do, I'm happy to do it.  I
11 just don't know how much else you need to have happen.
12          MR. FAZEL:  For the Record, Your Honor, I have
13 spoken with Mr. Brown two days ago.  We went through each
14 count.  He understands the punishment range.  He understands
15 the Government is seeking the death penalty.  I think I've
16 had over a 3-hour conversation with him --
17          THE COURT:  Okay.
18          MR. FAZEL:  -- just specific to this Indictment.
19 So, I think the Court has reviewed it appropriately.
20          THE COURT:  All right.  Sir, are you satisfied
21 that you understand what's happening here today?
22          DEFENDANT BROWN:  Yes, sir.
23          THE COURT:  Any questions?
24          DEFENDANT BROWN:  No, sir.
25          THE COURT:  All right, then is there anything from

```
 1  the Government?
 2              MR. MELLIN:  No, Your Honor.
 3              THE COURT:  All right, you're excused.
 4              MR. MELLIN:  Thank you.
 5        (Proceedings adjourned at 10:25 a.m.)
 6                        * * * * *
 7            I certify that the foregoing is a correct
 8  transcript to the best of my ability produced from the
 9  electronic sound recording of the proceedings in the above-
10  entitled matter.
11  /S/ MARY D. HENRY
12  CERTIFIED BY THE AMERICAN ASSOCIATION OF
13  ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337
14  JUDICIAL TRANSCRIBERS OF TEXAS, LLC
15  JTT TRANSCRIPT #68520
16  DATE FILED:  MAY 16, 2024
17
18
19
20
21
22
23
24
25
```